### Mary Louise DIAMOND–ROSENFELD, Appellant

v.

### Thaddeus S. SIMS, Appellee.

### No. 05–12–01452–CV.

Court of Appeals of Texas, Dallas.

Jan. 3, 2013.

**820**

Robert Smith Morris, Virginia Nelson Hammerle, Lewisville, TX, for Appellants.

Thaddeus M. Sims, pro se.

Before Chief Justice WRIGHT and Justices FRANCIS and LANG–MIERS.

## MEMORANDUM OPINION

Opinion By Chief Justice WRIGHT.

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that she no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex.R.App. P. 42.1(a)(1).